# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**JOHN COTTAM,**

    Plaintiff,

v.                                                      Case No: 5:16-cv-413-Oc-30PRL

**CITY OF WILDWOOD, CITY OF WILDWOOD POLICE DEPT., FLORIDA DEPARTMENT OF LAW ENFORCEMENT (FDLE), EDDIE REESER, PAUL VALENTINO, DOUGLAS PELTON, BRAD KING, MARK SIMPSON, CONRAD JUERGENSMEYER, MICHELLE SUESS, ED MCDONOUGH and THOMAS STEFFAN**

    **Defendants.**

## ORDER

This matter is before the Court on motions to quash service filed by Defendants Florida Department of Law Enforcement, Thomas Steffan, Brad King, Mark Simpson, Michelle Suess, Conrad Juergensmeyer, and Eddie Reaser. (Docs. 8 & 9). Plaintiff acknowledges that service was not proper and states that he will attempt to re-serve Defendants consistent with the legal requirements. (Docs. 10 & 11).

Accordingly, Defendants' motions (Doc. 8 & 9) are **GRANTED**. Service is **QUASHED** as to Defendants Florida Department of Law Enforcement, Thomas Steffan, Brad King, Mark Simpson, Michelle Suess, Conrad Juergensmeyer, and Eddie Reaser.

**DONE** and **ORDERED** in Ocala, Florida on July 19, 2016.

*[signature]*

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties