**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JOHN COTTAM,**

    Plaintiff,

v.                                                      Case No: 5:16-cv-413-Oc-30PRL

**DOUGLAS PELTON**

    Defendant.

---

## ORDER

Defendant seeks to depose Plaintiff and his employee Eloria Estrada regarding Plaintiff's claim of lost income. (Doc. 101). Defendant represents that Plaintiff recently provided financial records that have "raised more questions than provided answers" and that require Defendant to depose the persons responsible for reviewing the source of the figures and entering them into spreadsheets—who, Plaintiff has identified to be himself and Ms. Estrada. Defendant asks the Court to either compel the depositions of Plaintiff and Ms. Estrada before the September 29, 2017 discovery cutoff or to extend discovery for this limited purpose.

Based on the Court's extension of the discovery deadline until October 27, 2017, Defendant's motion is due to be terminated as moot.

**DONE** and **ORDERED** in Ocala, Florida on September 22, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties