AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| JOHN COTTAM | ) | |
|---|---|---|
| v. | ) | Case No.: 5:16-cv-413-Oc-30PRL |
| DOUGLAS PELTON | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __12/11/2017__ against __JOHN COTTAM__,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 150.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 5,054.20 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 371.61 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $110.66 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 5,686.47 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service    ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _Anna E. Engelman_

Name of Attorney: Anna E. Engelman

For: _Douglas Pelton_    Date: _12/20/2017_
Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court    Deputy Clerk    Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Sarah Akay, Bradenton, Florida | 1 | 40.00 | | | 16 | 8.33 | $48.33 |
| Michael Knezevich | 1 | 40.00 | | | 41 | 22.33 | $62.33 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $110.66 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# Invoice

**VERNIKOS PROCESS SERVICE, INC.,**
P.O. BOX 195242
WINTER SPRINGS, FL 32719
FEDERAL TAX ID#: 593129635
PHONE: 407-257-5124

| Date | Invoice # |
|---|---|
| 4/4/2017 | 12247 |

**ATTORNEY/FIRM**
BELL & ROPER,
ANNA ENGELMAN, ESQ.
2707 E. JEFFERSON ST.
ORLANDO, FL 32803

**CLIENT/CASE**
JOHN COTTAM VS
CITY OF WILDWOOD

| DATE | Description | Amount |
|---|---|---|
| 3/30/2017 | SERVICE OF SUBPOENA TO SARAH TRACK IN BRADENTON, FL | 75.00 |
| 3/30/2017 | REIMBURSEMENT OF WITNESS FEE($48.33) & CHECK FEE($2) | 50.33 |

**Total** $125.33

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 5:16 CV 413 OC 10PRL

Plaintiff:
JOHN COTTAM

vs.

Defendant:
CITY OF WILDWOOD, et al.

For:
Michael J. Roper
BELL & ROPER

Received by VERNIKOS PROCESS SERVICE, INC. on the 24th day of March, 2017 at 12:10 pm to be served on SARAH TRACK, 5818 - 31ST COURT EAST, BRADENTON, FL 34203.

I, Steven T. Zawacki, do hereby affirm that on the 30th day of March, 2017 at 9:00 pm, I:

INDIVIDUALLY/PERSONALLY served by delivering a true copy of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, NOTICE OF TAKING DEPOSITION AND WITNESS FEE CHECK $48.33 with the date and hour of service endorsed thereon by me, to: SARAH TRACK at the address of: 5818 - 31ST COURT EAST, BRADENTON, FL 34203, and informed said person of the contents therein, in compliance with state statutes.

I am over the age of 18 and have no interest in the above action. I am certified in good standing in the judicial circuit in which the process was served. No notary required pursuant to FS92.525.2 and under penalty of perjury, I declare that the facts set forth are true and correct.

Steven T. Zawacki
#283

VERNIKOS PROCESS SERVICE, INC.
P.O. Box 195242
Winter Springs, FL 32719-5242
(407) 257-5124

Our Job Serial Number: SPS-2017102453

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1j

# Invoice

**VERNIKOS PROCESS SERVICE, INC.,**
P.O. BOX 195242
WINTER SPRINGS, FL 32719
FEDERAL TAX ID#: 593129635
PHONE: 407-257-5124

| Date | Invoice # |
|---|---|
| 8/9/2017 | 12607 |

| ATTORNEY/FIRM | CLIENT/CASE |
|---|---|
| BELL & ROPER<br>ANNA ENGELMAN, ESQ.<br>2707 E. JEFFERSON ST.<br>ORLANDO, FL 32803 | JOHN COTTAM<br>VS<br>DOUGLAS PELTON |

| DATE | Description | Amount |
|---|---|---|
| 8/8/2017 | SERRVICE OF SUBPOENA TO MICHAEL STEVEN KNEZEVICH IN SPRINGHILL, FL | 75.00 |

**Total** $75.00

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION

Case Number: 5:16-cv-413-Oc-30-PRL

Plaintiff:
**JOHN COTTAM**

vs:
Defendant:
**DOUGLAS PELTON**

Received by Vernikos Process Service, Inc., P.O. Box 195242, Winter Springs, Florida 32719 on the 8th day of August, 2017 at 11:30 am to be served on **MICHAEL STEVEN KNEZEVICH, 16533 SANDHILL CRANE DRIVE, SPRINGHILL, FLORIDA 34610**.

I, Richard Waddell, state and affirm that on the 8th day of August, 2017 at 6:14 pm, I:

**PERSONALLY SERVED** the above named defendant with a true copy of the following documents, **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION AND NOTICE OF TAKING VIDEO DEPOSITION DUCES TECUM** at the above address.

I certify that I am over the age of 18, have no interest in the above action, and a Special Process Server, in good standing in Pasco County, Florida.

**Description of person served:**
Age: 50's Sex: male Race: white Height: 5'11" Weight: 210 Hair: brown Glasses: no

_[signature]_
Richard Waddell
Special Process Server-Pasco County
ID #9083

# Invoice



**Michael S. Knezevich**
*CONSULTANT SPECIALIST*

Date 08/24/2017
Invoice # 170824-001 AE

Michael S. Knezevich
16533 Sandhill Crane Dr.
Spring Hill, Florida 34610
Phone 813-383-8401
www.bornbad13@aol.com

TO:  Anna E. Engelman, Esq.
Bell & Roper, P.A.
2707 East Jefferson St.
Orlando, Florida 32803

| Consultant | Legal Matter | Payment Terms | Due Date |
|---|---|---|---|
| Knezevich | 5:16-CV-413-30-PRL | Due Upon Receipt | 08/31/2017 |

| Date | Time / hrs | Services Provided | Description | Hourly Rate or Costs | Line Total |
|---|---|---|---|---|---|
| 08/16/2017 | 1.1 | Preparation | Convert electronic file into paper documents per request of attorney | 175.00 | 192.50 |
| 08/16/2017 | | | 3 Ring Binder with index and 135 Copies | | 102.75 |
| 08/16/2017 | | | Audio CD of radio calls | | 3.00 |
| 08/16/2017 | | | Report - Spiral Binder and 36 Copies | | 32.40 |
| 08/22/2017 | 2.6 | Preparation | Review and preparation for deposition | 175.00 | 455.00 |
| 08/24/2017 | .8 | Travel Time | Round trip travel for deposition | 25.00 | 20.00 |
| 08/24/2017 | | P.O.V. mileage | Round trip mileage - 40.6 | .55 per mile | 22.33 |
| 08/24/2017 | | Per Diem | Less than 12 hours | 40.00 | 40.00 |
| 08/24/2017 | 4.8 | Deposition | Deposition - 1:00 PM - 5:45 PM | 175.00 | 840.00 |

| | |
|---|---|
| Subtotal | 1707.98 |
| State Tax | 0.00 |
| Final Subtotal | 1707.98 |
| Escrow Balance | 0.00 |
| Total Due | 1707.98 |

Make all checks payable to Michael S. Knezevich

*Thank you for allowing us to assist you in this matter.*

# INVOICE

U.S. Legal Support, Inc.
20 North Orange Avenue
Suite 1209
Orlando FL  32801
Phone:407-649-9193    Fax:407-245-7099

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120054519 | 5/10/2017 | 1556450 |
| **Job Date** | **Case No.** | |
| 4/18/2017 | 516CV413OC10PRL | |
| **Case Name** | | |
| John Cottam vs. Douglas Pelton | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael Roper, Esquire
Bell & Roper, P.A.
2707 East Jefferson Street
Orlando FL  32803

ORIGINAL TRANSCRIPT OF:
   John Cottam Transcript Volume 1                                    225.00 Pages    @      3.80        855.00
       Attendance - First Hour                                                                  54.00         54.00
       Additional Hour(s)                                                 2.00          @     31.00          62.00
       Attendance - Starting 6:00 p.m. or after (Additional Hours)        3.00          @     41.00         123.00
       E-cd Litigation Support Package                                                         20.00          20.00
       Processing/Delivery                                                                     25.00          25.00
   John Cottam
       Exhibit                                                           50.00 Pages   @       0.60          30.00
       Exhibits - Color                                                   5.00 Pages   @       1.25           6.25
ORIGINAL TRANSCRIPT OF:
   John Cottam Transcript Volume 2                                      79.00 Pages   @       3.80         300.20

TOTAL DUE >>>                                                                                           $1,475.45
AFTER 6/24/2017 PAY                                                                                     $1,696.77

(-) Payments/Credits:                                                                                        0.00
(+) Finance Charges/Debits:                                                                                  0.00

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                                                    Phone: 407-897-5150   Fax:407-897-6947

*Please detach bottom portion and return with payment.*

Michael Roper, Esquire
Bell & Roper, P.A.
2707 East Jefferson Street
Orlando FL  32803

Job No.      : 1556450              BU ID      : 55-ORLAN
Case No.    : 516CV413OC10PRL
Case Name  : John Cottam vs. Douglas Pelton

Invoice No. : 120054519          Invoice Date : 5/10/2017
**Total Due** : **$ 1,475.45**

Remit To: **U.S. Legal Support, Inc.**
          **P.O. Box 4772-12**
          **Houston TX  77210-4772**

PAYMENT WITH CREDIT CARD        AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

U.S. Legal Support, Inc.
4350 West Cypress Street
Suite 701
Tampa FL  33607
Phone:813-876-4722   Fax:813-877-2675

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120120206 | 11/29/2017 | 1633938 |
| Job Date | | Case No. |
| 10/16/2017 | | 516CV413OC10PRL |

**Case Name**

John Cottam vs. Douglas Pelton

**Payment Terms**

Due upon receipt

Anna Engelman, Esquire
Bell & Roper, P.A.
2707 East Jefferson Street
Orlando FL  32803

In Re:
    John Cottam, M.D. Transcript
        Rough Draft                                 152.00  Pages   @   1.75   266.00

                                                    **TOTAL DUE >>>**       **$266.00**
                                                    AFTER 1/13/2018 PAY     $305.90

ROUGH DRAFT PAGES BILLED SEPARATE. FIRST INVOICE120117252 DID NOT INCLUDE.

PLEASE ATTACH THIS INVOICE FOR FULL COST.

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                           Phone: 407-897-5150    Fax:407-897-6947

*Please detach bottom portion and return with payment.*

Anna Engelman, Esquire
Bell & Roper, P.A.
2707 East Jefferson Street
Orlando FL  32803

Job No.    : 1633938       BU ID    : 54-TAMPA
Case No.  : 516CV413OC10PRL
Case Name : John Cottam vs. Douglas Pelton

Invoice No.  : 120120206      Invoice Date  : 11/29/2017
**Total Due**  : **$266.00**
AFTER 1/13/2018 PAY  $305.90

**PAYMENT WITH CREDIT CARD**      AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:    **U.S. Legal Support, Inc.**
                 **P.O. Box 4772-12**
                 **Houston TX  77210-4772**

# INVOICE

U.S. Legal Support, Inc.
4350 West Cypress Street
Suite 701
Tampa FL 33607
Phone:813-876-4722   Fax:813-877-2675

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120117252 | 11/18/2017 | 1633938 |
| Job Date | | Case No. |
| 10/16/2017 | | 516CV413OC10PRL |

**Case Name**

John Cottam vs. Douglas Pelton

**Payment Terms**

Due upon receipt

Anna Engelman, Esquire
Bell & Roper, P.A.
2707 East Jefferson Street
Orlando FL  32803

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| John Cottam, M.D. | 210.00 Pages | @ | 3.80 | 798.00 |
| Attendance - First Hour | | | 54.00 | 54.00 |
| Additional Hour(s) | 2.00 | @ | 31.00 | 62.00 |
| Litigation Support Package | | | 20.00 | 20.00 |
| Processing & Handling | | | 35.00 | 35.00 |
| John Cottam, M.D Exhibit | | | | |
| Exhibit | 278.00 Pages | @ | 0.60 | 166.80 |

TOTAL DUE >>>   $1,135.80
AFTER 1/2/2018 PAY   $1,306.17

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238                                                                                                     Phone: 407-897-5150   Fax:407-897-6947

*Please detach bottom portion and return with payment.*

Anna Engelman, Esquire
Bell & Roper, P.A.
2707 East Jefferson Street
Orlando FL  32803

Job No.      : 1633938           BU ID      : 54-TAMPA
Case No.    : 516CV413OC10PRL
Case Name  : John Cottam vs. Douglas Pelton

Invoice No.  : 120117252         Invoice Date  : 11/18/2017
**Total Due**  : **$1,135.80**
AFTER 1/2/2018 PAY  $1,306.17

Remit To:   U.S. Legal Support, Inc.
            P.O. Box 4772-12
            Houston TX  77210-4772

**PAYMENT WITH CREDIT CARD**            AMEX  [MC]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE

U.S. Legal Support, Inc.
225 Water Street
Suite 1450
Jacksonville FL  32202
Phone:904-359-0583   Fax:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120061825 | 5/30/2017 | 1560062 |
| Job Date | Case No. | |
| 5/2/2017 | 516CV413OC10PRL | |

| Case Name |
|---|
| John Cottam vs. Douglas Pelton |

| Payment Terms |
|---|
| Due upon receipt |

Michael Roper, Esquire
Bell & Roper, P.A.
2707 East Jefferson Street
Orlando FL  32803

---

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Douglas Pelton Transcript | 89.00 Pages | @ | 3.80 | 338.20 |
| Processing/Electronic Delivery | | | 25.00 | 25.00 |
| Douglas Pelton Exhibits | | | | |
| Exhibit | 24.00 Pages | @ | 0.60 | 14.40 |
| Exhibits - Color | 3.00 Pages | @ | 1.25 | 3.75 |
| **TOTAL DUE >>>** | | | | **$381.35** |
| AFTER 7/14/2017 PAY | | | | $438.55 |
| (-) Payments/Credits: | | | | 0.00 |
| (+) Finance Charges/Debits: | | | | 0.00 |
| (=) New Balance: | | | | 381.35 |

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                                              Phone: 407-897-5150   Fax:407-897-6947

*Please detach bottom portion and return with payment.*

---

Michael Roper, Esquire
Bell & Roper, P.A.
2707 East Jefferson Street
Orlando FL  32803

Job No.     : 1560062            BU ID    : 56-JACKS
Case No.    : 516CV413OC10PRL
Case Name   : John Cottam vs. Douglas Pelton

Invoice No. : 120061825          Invoice Date : 5/30/2017
**Total Due** : $ 381.35

Remit To: **U.S. Legal Support, Inc.**
          **P.O. Box 4772-12**
          **Houston TX  77210-4772**

**PAYMENT WITH CREDIT CARD**    AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

U.S. Legal Support, Inc.
2180 West First Street
Suite 230
Fort Myers FL  33901
Phone:239-561-3526   Fax:239-561-5396

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120061084 | 5/26/2017 | 1564876 |
| **Job Date** | **Case No.** | |
| 5/12/2017 | 516CV413OC10PRL | |

| Case Name |
|---|
| John Cottam vs. City of Wildwood |

| Payment Terms |
|---|
| Due upon receipt |

Anna Engelman, Esquire
Bell & Roper, P.A.
2707 East Jefferson Street
Orlando FL  32803

ORIGINAL TRANSCRIPT OF:
  Sarah Akay                                    117.00 Pages   @    3.80    444.60
    Attendance - First Hour                                         54.00     54.00
    Additional Hour(s)                           2.00           @   31.00     62.00
    Condensed Transcript                                            15.00     15.00
    Processing/Delivery                                             25.00     25.00
  Sarah Akay
    Exhibit                                      22.00 Pages   @    0.60     13.20
    Exhibits - Color                              8.00 Pages   @    1.25     10.00

TOTAL DUE  >>>                               $623.80
AFTER 7/10/2017 PAY                          $717.37
(-) Payments/Credits:                           0.00
(+) Finance Charges/Debits:                     0.00
(=) New Balance:                              623.80

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                            Phone: 407-897-5150   Fax:407-897-6947

*Please detach bottom portion and return with payment.*

Anna Engelman, Esquire
Bell & Roper, P.A.
2707 East Jefferson Street
Orlando FL  32803

Job No.     : 1564876            BU ID     : 57-FT.MY
Case No.    : 516CV413OC10PRL
Case Name   : John Cottam vs. City of Wildwood

Invoice No. : 120061084          Invoice Date : 5/26/2017
**Total Due** : **$ 623.80**

Remit To: **U.S. Legal Support, Inc.**
          **P.O. Box 4772-12**
          **Houston TX  77210-4772**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

U.S. Legal Support, Inc.
4350 West Cypress Street
Suite 701
Tampa FL 33607
Phone:813-876-4722   Fax:813-877-2675

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 120096730 | 9/19/2017 | 1613373 |
| Job Date | Case No. | |
| 8/24/2017 | 516CV413OC10PRL | |
| Case Name | | |
| John Cottam vs. Douglas Pelton | | |
| Payment Terms | | |
| Due upon receipt | | |

Michael Roper, Esquire
Bell & Roper, P.A.
2707 East Jefferson Street
Orlando FL  32803

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Michael Knezevich | | 301.00 Pages | @ | 3.80 | 1,143.80 |
| Attendance - First Hour | | | | 54.00 | 54.00 |
| Additional Hour(s) | | 4.00 | @ | 31.00 | 124.00 |
| Processing/Electronic Delivery | | | | 25.00 | 25.00 |

TOTAL DUE >>>   $1,346.80
AFTER 11/3/2017  PAY   $1,548.82

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone: 407-897-5150   Fax:407-897-6947

*Please detach bottom portion and return with payment.*

Michael Roper, Esquire
Bell & Roper, P.A.
2707 East Jefferson Street
Orlando FL  32803

Job No.     : 1613373        BU ID     : 54-TAMPA
Case No.    : 516CV413OC10PRL
Case Name   : John Cottam vs. Douglas Pelton

Invoice No. : 120096730      Invoice Date : 9/19/2017
**Total Due** : **$1,346.80**
AFTER 11/3/2017  PAY  $1,548.82

Remit To:   U.S. Legal Support, Inc.
            P.O. Box 4772-12
            Houston TX  77210-4772

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# ORLANDO LEGAL
## DOCUMENT SERVICES

## Invoice

**Bill To:**
Bell & Roper P.A.
2707 E. Jefferson St.
Orlando, FL 32803

| Date | Invoice # |
|---|---|
| 11/20/2017 | 80813 |

*Effective 01/01/2017 a 1.5% interest rate will be charged on outstanding invoices 90 days or more.*

www.orlandolegalcopies.com
407.244.5521

| Rep | Client Name | Terms | Client Matter |
|---|---|---|---|
|  | Jhoanna Maffey | Net 30 | 026-944 |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 2,546 | Light Litigation File Copies | 0.11 | 280.06T |
| 71 | Color Prints 8.5 X 11 | 0.97 | 68.87T |
|  | Sales Tax | 6.50% | 22.68 |

Thank you for your business!

**Total** $371.61

*Federal Tax ID#*
*02-0542080*

X_____

745 N Thornton Ave.
Orlando, FL 32803

# Anna Engelman

| | |
|---|---|
| **From:** | Sara_Boswell@flmd.uscourts.gov |
| **Sent:** | Monday, November 20, 2017 10:14 AM |
| **To:** | Anna Engelman; skinmd@hotmail.com |
| **Subject:** | Courtesy Copies to Judge Moody, Cottam v City of Wildwood et al. |

Good morning.

Can you provide courtesy copies of the following pleadings to Judge James S. Moody, Jr. in Case No.: 5:16-cv-413, John Cottam v. City of Wildwood, et al.:

**Motions, responses, and replies, including all exhibits for the Motion for Summary Judgment (Docs. 119, 137, 138, and the Reply that is due by 12/1) and Motion to Strike Expert (Docs. 123, 133, and 139).**

Please mail all copies to the Tampa Division Clerk's Office located at:

801 North Florida Ave., Suite #17
Tampa, FL  33602

Thank you.

Sara
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Sara Boswell
Judicial Assistant to
The Honorable James S. Moody, Jr.
Senior United States District Judge
801 North Florida Ave., Suite #17
Tampa, Florida 33602
Phone:  (813) 301-5680

1