# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

No. 18-10094-JJ

JOHN COTTAM,

                                                                                                      Plaintiff - Appellant,

versus

CITY OF WILDWOOD, et al.,

                                                                                                          Defendants,

DOUGLAS PELTON,
City of Wildwood Police Officer,

                                                                                                      Defendant - Appellee.

Appeal from the United States District Court
for the Middle District of Florida

ORDER:

An *en banc* hearing may be ordered where (1) *en banc* consideration is necessary to secure or maintain uniformity of the court's decisions; or (2) the proceeding involves a question of exceptional importance. Fed. R. App. P. 35(a). Because this appeal does not satisfy either criteria, appellant's motion for initial hearing *en banc* is DENIED.

/s/ *[signature]*
UNITED STATES CIRCUIT JUDGE

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 06, 2018

John Cottam
802 CENTERBROOK DR
BRANDON, FL 33511

Appeal Number: 18-10094-JJ
Case Style: John Cottam v. Douglas Pelton
District Court Docket No: 5:16-cv-00413-JSM-PRL

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ/lt
Phone #: (404)335-6193

MOT-2 Notice of Court Action



18-10094-JJ John Cottam v. Douglas Pelton "Court Order Filed Denied Initial Hearing En Banc" (5:16-cv-00413-JSM-PRL)ecf_help to: efile_appeals 09/06/2018 10:57 AM
From: ecf_help@ca11.uscourts.gov
To: efile_appeals@flmd.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Eleventh Circuit

Notice of Docket Activity

The following transaction was filed on 09/06/2018

Case Name: John Cottam v. Douglas Pelton
Case Number: 18-10094
Document(s): Document(s)

Docket Text:
ORDER: Motion for initial hearing en banc filed by Appellant John Cottam is DENIED. [8393758-2] is DENIED. KCN

Notice will be electronically mailed to:

Anna Engelman
Dale Alan Scott
Elizabeth Warren, Clerk of Court

Notice sent via US Mail to:

John Cottam
802 CENTERBROOK DR
BRANDON, FL 33511

The following document(s) are associated with this transaction:
Document Description: MOT-2 Notice to Counsel/Parties
Original Filename: /opt/ACECF/live/forms/lois_tunstall_1810094_8556069_MOT-2NoticeofCourtAction_249.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1160056652 [Date=09/06/2018] [FileNumber=8556069-1]
[5896b9ed8c087e6a3208e2472a988fbb154202bab0119552362efbb6256d554505dafc29d81d73ed442c398efb2e4b531bd403b6dcf9e1b11f22e69220d4b5a2]]
Recipients:

- John Cottam
- Anna Engelman
- Dale Alan Scott
- Elizabeth Warren, Clerk of Court

Document Description: Court Order Filed
Original Filename: 10094jjsigneord090618.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1160056652 [Date=09/06/2018] [FileNumber=8556069-0]
[1d0f609ef866f90be45d8f9e95dfdeaf07e893f8d407a3d514f92b5ccd5161463b0c9aba837635cc35a877289472e24fa8569acd4b23cd9cb442a6838c4c8a6f]]