UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

No. 18-10094

District Court Docket No.
5:16-cv-00413-JSM-PRL

JOHN COTTAM,

                                              Plaintiff - Appellant,

versus

CITY OF WILDWOOD, et al.,

                                              Defendants,

DOUGLAS PELTON,
City of Wildwood Police Officer,

                                              Defendant - Appellee.

Appeal from the United States District Court for the
Middle District of Florida

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: September 10, 2018
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

**ISSUED AS MANDATE 10/09/2018**

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 09, 2018

Elizabeth Warren
U.S. District Court
207 NW 2ND ST
OCALA, FL 34475

Appeal Number: 18-10094-JJ
Case Style: John Cottam v. Douglas Pelton
District Court Docket No: 5:16-cv-00413-JSM-PRL

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

 18-10094-JJ John Cottam v. Douglas Pelton "Mandate Issued" (5:16-cv-00413-JSM-PRL)ecf_help to: efile_appeals 10/09/2018 12:33 PM
From: ecf_help@ca11.uscourts.gov
To: efile_appeals@flmd.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 10/09/2018

Case Name: John Cottam v. Douglas Pelton
Case Number: 18-10094
Document(s): Document(s)

**Docket Text:**
Mandate issued as to Appellant John Cottam.

**Notice will be electronically mailed to:**

Anna Engelman
Dale Alan Scott
Elizabeth Warren, Clerk of Court

**Notice sent via US Mail to:**

John Cottam
802 CENTERBROOK DR
BRANDON, FL 33511

The following document(s) are associated with this transaction:
Document Description: MDT-1 Notice to Counsel/Parties
Original Filename: /opt/ACECF/live/forms/LoisTunstall_1810094_8585506_MDT-1LetterIssuingMandate_288.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1160056652 [Date=10/09/2018] [FileNumber=8585506-1]
[4e32a8d9dbc1cb2fb2a4b251add42ff2f10e55cbee94ebbda534cc42ea8dfc90e373b2b805d8487600755da47b1744ecd305a01e30e8edc28c112f152f9665a7]]
Recipients:

- John Cottam
- Anna Engelman
- Dale Alan Scott
- Elizabeth Warren, Clerk of Court

Document Description: Mandate Issued
Original Filename: 10094jjmandate100918.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1160056652 [Date=10/09/2018] [FileNumber=8585506-0]
[6e6cc5733759168565e7b72876f090e9afad390cd6d6592048628229e00b7edbd51c109dd693234e987cb7dcc6b2ef71712d6d36c8fbb84915b7fda9e112e2fe]]